# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Hyman, Paul G. | **2. Court or Organization**<br><br>U S Bankruptcy Court, SD FL | **3. Date of Report**<br><br>09/13/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust # 1 |
| 2. | 1987 Trustee | Trust # 2 |
| 3. | 2010 Trustee |      Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | contract lawyer at Searcy Denney et al-hourly fees |
| 2. 2012 | Associate at Searcy Denney et al-salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 03/14/12-03/18/12 | Buenos Ares, Argentina | Committee meeting | Transportation, food and lodging |
| 2. | FL Bar | 08/31/12-09/03/12 | Naples, FL | Committee meeting | Transportation, meals, parking and lodging |
| 3. | FL Bar | 11/07/12-11/09/12 | Tampa and Miami FL | Lecture | Transportation, meals, parking and lodging |
| 4. | UM Law School | 06/08/12 | Miami, FL | lecture | Transportation |
| 5. | FL Bar | 06/20/12 | Orlando, FL | Committee meeting | Transportation, food, parking and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaiin Elect | A | Dividend | K | T | | | | | |
| 2. Treasury | A | Interest | K | T | | | | | |
| 3. Met Life Financial | A | Dividend | J | T | | | | | |
| 4. Royal Bank of Scottland | A | Dividend | K | T | | | | | |
| 5. Met Life | D | Interest | M | T | | | | | |
| 6. Washington St Muni | A | Interest | | | Sold | 03/23/12 | K | A | |
| 7. VOC Energy | B | Dividend | K | T | | | | | |
| 8. FL Envirnomental Bond | A | Interest | K | T | | | | | |
| 9. Sandridge Miss | B | Dividend | K | T | Buy (add'l) | 04/18/12 | L | | |
| 10. United Bank Shares | A | Dividend | L | T | | | | | |
| 11. Wells Fargo Bank Account | A | Int./Div. | M | T | | | | | |
| 12. Enterprise Products Partners LP | A | Dividend | K | T | Sold (part) | 09/25/12 | K | | |
| 13. Encor Energy LP | A | Distribution | | | Merged (with line 97) | 12/01/11 | K | | |
| 14. Altria Group | A | Distribution | | | Sold | 07/09/12 | L | D | |
| 15. Stonemor Partnership | A | Distribution | | | Sold | 01/03/12 | K | A | |
| 16. Tesoro Logistics LP | A | Distribution | | | Sold | 01/03/12 | K | A | |
| 17. Atlas Energy LP | A | Distribution | | | Sold | 03/16/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Syngeta AG | A | Dividend | K | T | Buy (add'l) | 08/09/12 | K | | |
| 19. | | | | | Buy (add'l) | 11/01/12 | K | | |
| 20. Senior HSG PPTYS | A | Dividend | K | T | | | | | |
| 21. Hatteras Finl Corp | A | Dividend | | | Sold | 04/26/12 | K | B | |
| 22. Mercury Genl | A | Dividend | | | Sold | 07/11/12 | K | C | |
| 23. EV Energy | A | Distribution | J | T | Sold (part) | 04/03/12 | K | B | |
| 24. Regency Energy Partners LP | A | Distribution | M | T | | | | | |
| 25. Telecom Italia | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 26. CenturyLink | A | Dividend | K | T | | | | | |
| 27. Consolidated Tomoka LP | A | Dividend | K | T | Buy (add'l) | 09/28/12 | K | | |
| 28. Nestle S A | A | Dividend | K | T | | | | | |
| 29. IVA Worldwide | A | Dividend | L | T | | | | | |
| 30. PPL Corp | A | Dividend | | | Sold | 08/08/12 | L | D | |
| 31. Kraton Performance | A | Dividend | | | Sold (part) | 01/11/12 | K | B | |
| 32. | | | | | Sold | 03/02/12 | K | B | |
| 33. FIDUS INVT Corp | A | Dividend | | | Sold | 01/30/12 | K | A | |
| 34. Berkshire Hathaway | A | Dividend | | | Sold | 02/29/12 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 17

**Name of Person Reporting**

Hyman, Paul G.

**Date of Report**

09/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vector Group | A | Dividend | K | T | | | | | |
| 36. Southern Cooper Corp | A | Dividend | L | T | Buy (add'l) | 08/08/12 | K | | |
| 37. Enduro RTY TR | A | Distribution | | | Sold (part) | 02/07/12 | J | A | |
| 38. Enduro RTY TR | A | Distribution | | | Sold | 02/08/12 | J | A | |
| 39. G & K SYCS Inc | A | Dividend | K | T | | | | | |
| 40. Locorr INVT TR | A | Distribution | K | T | Buy (add'l) | 03/28/12 | J | | |
| 41. Annaly Cap ManagementInc | A | Dividend | | | Sold | 02/21/12 | L | C | |
| 42. Microsoft Corp | A | Dividend | L | T | | | | | |
| 43. Buckeye Partnership | A | Dividend | | | Sold | 01/26/12 | K | | |
| 44. Buckeye Partnership | A | Dividend | | | Buy | 05/07/12 | K | | |
| 45. Buckeye Partnership | A | Dividend | | | Sold | 10/02/12 | K | B | |
| 46. Enersis SA | A | Dividend | | | Sold | 01/18/12 | K | A | |
| 47. Breitburn Energy Partners | A | Distribution | | | Sold | 01/19/12 | L | C | |
| 48. Breitburn Energy Partners | A | Distribution | | | Buy | 09/06/12 | K | | |
| 49. Breitburn Energy Partners | A | Distribution | | | Sold | 10/31/12 | L | C | |
| 50. Breitburn Energy Partners | A | Distribution | L | T | Buy | 11/23/12 | K | | |
| 51. Mercury Gen Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Regency Energy Partners | A | Distribution | M | T | | | | | |
| 53. CVR Partners | A | Distribution | L | T | Sold (part) | 01/31/12 | J | A | |
| 54. CVR Partners | A | Distribution | | | Sold (part) | 02/15/12 | L | C | |
| 55. CVR Partners | A | Distribution | | | Buy | 02/27/12 | K | | |
| 56. CVR Partners | A | Distribution | | | Sold | 03/22/12 | K | | |
| 57. CVR Partners | A | Distribution | | | Buy | 07/16/12 | J | | |
| 58. CVR Partners | A | Distribution | | | Buy (add'l) | 08/03/12 | K | | |
| 59. CVR Partners | A | Distribution | | | Buy (add'l) | 11/07/12 | J | | |
| 60. CVR Partners | B | Distribution | M | T | Buy (add'l) | 09/11/12 | L | | |
| 61. Companhia Siderurgica Nacional | A | Dividend | | | Sold | 07/17/12 | K | A | |
| 62. Compahia Siderurgica Nacional | A | Distribution | K | T | Buy | 10/17/12 | K | | |
| 63. Sandridge Permian TR | A | Distribution | | | Sold | 08/07/12 | M | B | |
| 64. Sandridge Permian TR | B | Distribution | M | T | Buy | 08/17/12 | L | | |
| 65. Natural Resource Partners LP | A | Distribution | | | Sold | 02/23/12 | L | C | |
| 66. Telefonica SA | A | Dividend | | | Buy (add'l) | 04/23/12 | J | | |
| 67. Telefonica SA | A | Dividend | | | Sold | 08/15/12 | K | C | |
| 68. Chimera Invt Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. E V Energy LP | A | Distribution | M | T | | | | | |
| 70. Energy Transfer Equity LP | A | Distribution | | | Sold (part) | 01/24/12 | K | B | |
| 71. Energy Transfer Equity LP | A | Distribution | | | Sold | 06/13/12 | K | B | |
| 72. Cheniere Energy Partners LP | A | Distribution | | | Sold | 01/18/12 | K | B | |
| 73. Transocean LTD | A | Distribution | | | Sold (part) | 01/27/12 | K | | |
| 74. Transocean LTD | A | Distribution | K | T | Sold (part) | 02/28/12 | K | A | |
| 75. Midcon Energy Partners | A | Distribution | | | Sold | 02/02/12 | L | C | |
| 76. Kellogg Co | A | Dividend | | | Sold | 07/25/12 | K | | |
| 77. Stanley Black & Decker Inc | A | Distribution | | | Buy (add'l) | 02/08/12 | K | | |
| 78. | | | | | Buy (add'l) | 04/19/12 | L | | |
| 79. | | | | | Sold | 07/18/12 | L | | |
| 80. Ford Motor Co | A | Dividend | | | Sold | 04/23/12 | K | B | |
| 81. Ford Motor Co | A | Dividend | | | Buy | 05/29/12 | K | | |
| 82. Ford Motor Co | A | Dividend | | | Sold | 06/25/12 | J | B | |
| 83. Ford Motor Co | A | Dividend | L | T | Buy | 11/29/12 | L | | |
| 84. Ariad Pharmaceuticals, Inc | A | Dividend | | | Buy (add'l) | 03/28/12 | K | | |
| 85. | | | | | Sold | 09/19/12 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hewlett Packard Co | A | Dividend | | | Sold (part) | 02/23/12 | K | B | |
| 87. Hewlett Packard Co | A | Dividend | | | Sold | 03/05/12 | K | B | |
| 88. LRR Energy LP | A | Distribution | | | Buy (add'l) | 01/25/12 | K | | |
| 89. LRR Energy LP | A | Distribution | | | Sold | 05/09/12 | L | E | |
| 90. Vector Group LTD | A | Distribution | K | T | | | | | |
| 91. KKR Financial LLC | A | Distribution | | | Sold | 03/14/12 | J | A | |
| 92. Otelco Inc (Y) | A | Dividend | | | Sold | 12/30/11 | K | A | |
| 93. Vanguard Natural Resources | A | Distribution | | | Sold | 01/06/12 | K | A | |
| 94. Vanguard Exployer Funds | B | Distribution | K | T | | | | | |
| 95. Duncan Energy Partners LP | | | | | Merged (with line 12) | 09/08/11 | M | G | |
| 96. Lockheed Martin | A | Dividend | | | Buy | 01/03/12 | K | | |
| 97. Lockheed Martin | A | Dividend | | | Buy (add'l) | 03/14/12 | K | | |
| 98. Lockheed Martin | A | Dividend | | | Sold (part) | 04/26/12 | K | C | |
| 99. Lockheed Martin | A | Dividend | | | Sold | 11/06/12 | K | C | |
| 100. International Flavor & Frag | A | Dividend | | | Buy | 01/10/12 | K | | |
| 101. International Flavor & Frag | A | Dividend | | | Buy (add'l) | 02/09/12 | K | | |
| 102. International Flavor & Frag | A | Dividend | | | Sold | 10/04/12 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Kraton Performance | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 104.  Piper Jaffray | A | Dividend | | | Buy | 01/26/12 | J | | |
| 105.  Piper Jaffray | A | Dividend | | | Buy (add'l) | 03/19/12 | K | | |
| 106.  Piper Jaffray | A | Dividend | | | Sold | 07/09/12 | K | C | |
| 107.  CSX Corp | A | Dividend | | | Buy | 01/19/12 | K | | |
| 108.  CSX Corp | A | Dividend | | | Buy (add'l) | 03/16/12 | J | | |
| 109.  CSX Corp | A | Dividend | | | Sold | 04/23/12 | K | C | |
| 110.  Mid Con Energy | A | Distribution | | | Sold (part) | 01/31/12 | J | A | |
| 111.  Mid Con Energy | A | Distribution | | | Sold | 02/02/12 | L | D | |
| 112.  Syngenta AG | A | Distribution | J | T | Buy | 01/31/12 | J | | |
| 113.  Teekay Tankers LTD | A | Distribution | | | Buy | 02/08/12 | K | | |
| 114. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 115. | | | | | Sold (part) | 03/28/12 | K | B | |
| 116. | | | | | Sold | 07/26/12 | K | B | |
| 117.  Cushing RTY & Income | A | Int./Div. | K | T | Buy | 02/24/12 | K | | |
| 118.  Rentech Nitrogen Partners LP | A | Distribution | | | Buy | 02/15/12 | K | | |
| 119.  Rentech Nitrogen Partners LP | A | Distribution | | | Sold (part) | 02/21/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Rentech Nitrogen Partners LP | A | Distribution | | | Sold (part) | 07/17/12 | K | A | |
| 121.  Rentech Nitrogen Partners LP | A | Distribution | | | Buy | 07/24/12 | K | | |
| 122.  Rentech Nitrogen Partners LP | A | Distribution | | | Buy (add'l) | 08/10/12 | K | | |
| 123.  Rentech Nitrogen Partners LP | A | Distribution | | | Sold (part) | 09/11/12 | M | D | |
| 124.  Rentech Nitrogen Partners LP | A | Distribution | | | Sold | 12/17/12 | L | C | |
| 125.  Intel Corp | A | Dividend | | | Buy | 02/21/12 | L | | |
| 126.  Intel Corp | A | Dividend | | | Sold | 10/02/12 | K | D | |
| 127.  Apple Inc | A | Dividend | | | Buy | 02/21/12 | K | | |
| 128.  Apple Inc | A | Dividend | | | Buy (add'l) | 06/04/12 | J | | |
| 129.  Apple Inc | A | Dividend | | | Buy (add'l) | 10/26/12 | L | | |
| 130.  Apple Inc | A | Dividend | K | T | Buy (add'l) | 11/16/12 | K | | |
| 131.  Firsthand Tech | A | Dividend | | | Buy | 02/29/12 | K | | |
| 132.  Firsthand Tech | A | Dividend | | | Buy (add'l) | 03/13/12 | K | | |
| 133.  Firsthand Tech | A | Dividend | | | Sold | 03/26/12 | K | D | |
| 134.  Firsthand Tech | A | Dividend | | | Buy | 04/18/12 | K | | |
| 135.  Firsthand Tech | A | Dividend | | | Sold | 07/17/12 | K | A | |
| 136.  Plains All American Pipeline | A | Distribution | L | T | Buy | 03/06/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. G & K Services | A | Distribution | | | Sold | 03/05/12 | K | B | |
| 138. Alcatel-Lucent | A | Dividend | | | Buy | 03/05/12 | K | | |
| 139. Alcatel-Lucent | A | Dividend | | | Buy (add'l) | 03/14/12 | K | | |
| 140. Alcatel-Lucent | A | Dividend | | | Sold | 04/23/12 | K | B | |
| 141. Unilever PLC | A | Distribution | | | Buy | 03/14/12 | K | | |
| 142. Unilever PLC | A | Distribution | | | Sold | 07/26/12 | K | B | |
| 143. International Bus Mach | A | Dividend | | | Buy | 03/14/12 | K | | |
| 144. International Bus Mach | A | Dividend | K | T | Buy (add'l) | 03/27/12 | K | | |
| 145. Ishares | A | Dividend | | | Buy | 03/21/12 | K | | |
| 146. Ishares | A | Dividend | | | Sold | 07/17/12 | K | B | |
| 147. Whiting USA | A | Dividend | | | Buy | 03/23/12 | L | | |
| 148. Whiting USA | A | Dividend | | | Buy (add'l) | 03/26/12 | K | | |
| 149. Whiting USA | A | Dividend | | | Sold | 04/02/12 | L | D | |
| 150. Hercules Offshore, Inc | A | Dividend | | | Buy | 03/26/12 | L | | |
| 151. Hercules Offshore, Inc | A | Dividend | | | Sold | 07/17/12 | K | D | |
| 152. GSV Cap | A | Dividend | | | Buy | 04/03/12 | K | | |
| 153. GSV Cap | A | Dividend | | | Buy (add'l) | 04/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. GSV Cap | A | Dividend | | | Sold | 05/18/12 | K | B | |
| 155. TCP Cap Corp | A | Dividend | | | Buy | 04/04/12 | M | | |
| 156. TCP Cap Corp | A | Dividend | | | Sold | 09/19/12 | M | E | |
| 157. United Parcel Service | A | Dividend | K | T | Buy | 05/31/12 | K | | |
| 158. Facebook Inc | A | Dividend | | | Buy | 05/18/12 | J | | |
| 159. | A | Dividend | | | Sold | 08/09/12 | J | A | |
| 160. Pacific coast Oil | A | Dividend | L | T | Buy | 05/03/12 | L | | |
| 161. Caterpillar INC | A | Dividend | K | T | Buy | 05/09/12 | K | | |
| 162. American First Tax | A | Interest | | | Buy | 05/31/12 | K | | |
| 163. American First Tax | A | Interest | | | Sold | 08/06/12 | K | B | |
| 164. Cameco Corp | A | Distribution | | | Buy | 06/13/12 | K | | |
| 165. Cameco Corp | A | Distribution | | | Sold | 08/23/12 | K | A | |
| 166. QR Energy LP | A | Distribution | | | Buy | 07/26/12 | J | | |
| 167. QR Energy LP | A | Distribution | | | Buy (add'l) | 08/14/12 | K | | |
| 168. QR Energy LP | A | Distribution | | | Buy (add'l) | 11/09/12 | K | | |
| 169. QR Energy LP | A | Distribution | L | T | Buy (add'l) | 12/07/12 | K | | |
| 170. Tortoise Energy Inf | A | Dividend | | | Sold | 07/06/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Atlantic PWR Corp | A | Dividend | | | Buy | 07/06/12 | K | | |
| 172. | A | Dividend | | | Buy (add'l) | 11/01/12 | K | | |
| 173. | A | Dividend | | | Sold | 11/06/12 | K | C | |
| 174. Tiffany & Co | A | Dividend | | | Buy | 07/13/12 | L | | |
| 175. Tiffany & Co | A | Dividend | | | Sold | 11/29/12 | K | D | |
| 176. J P Morgan & Co | A | Dividend | | | Buy | 05/11/12 | K | | |
| 177. J P Morgan & Co | A | Dividend | | | Sold | 07/13/12 | K | B | |
| 178. First TR Energy | A | Distribution | K | T | Buy | 07/26/12 | K | | |
| 179. Marathon Pete | A | Distribution | | | Buy | 02/06/12 | K | | |
| 180. Marathon Pete | A | Distribution | | | Sold | 08/03/12 | K | B | |
| 181. Valley Natl Bancorp | A | Dividend | J | T | Buy | 08/30/12 | J | | |
| 182. Nuance Comm | A | Dividend | | | Buy | 09/19/12 | J | | |
| 183. | | | | | Sold | 11/07/12 | J | A | |
| 184. Emerson Elect LTD | A | Distribution | K | T | Buy | 09/27/12 | K | | |
| 185. Cliffs Nat Res Inc | A | Dividend | K | T | Buy | 11/01/12 | K | | |
| 186. Helios Total Res FD | A | Distribution | K | T | Buy | 10/12/12 | K | | |
| 187. Seagate Tech PLC | A | Distribution | | | Buy | 10/19/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Seagate Tech PLC | A | Distribution | | | Sold | 11/29/12 | L | A | |
| 189. Rolls Royce Holdings | A | Dividend | | | Buy | 09/05/12 | K | | |
| 190. Rolls Royce Holdings | A | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 191. Erickson Air Crane Inc | A | Dividend | | | Buy | 04/11/12 | K | | |
| 192. Erickson Air Crane Inc | A | Dividend | | | Sold | 09/05/12 | K | B | |
| 193. Chesapeake Energy Corp | A | Dividend | K | T | Buy | 10/11/12 | K | | |
| 194. American International Gr Inc | A | Dividend | K | T | Buy | 10/19/12 | K | | |
| 195. Lehigh Gas Part LP | A | Distribution | K | T | Buy | 10/25/12 | K | | |
| 196. Stellus Cap Invt Corp | A | Dividend | K | T | Buy | 11/12/12 | J | | |
| 197. Memorial Prod Part LP | A | Distribution | K | T | Buy | 12/07/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 09/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The transactions reflected in lines 13, 92, and 95 were inadvertently left off my 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544